## Case No. 1,816.

### BRAUER v. The SOUTHERN HOME.

[The case reported under above title in 8 Reporter, 389, is the same as Case No. 13,187.]

=====

BRAUNSDORF (POTTER v.). See Case No. 11,321.

BRAUNSDORF (SINGER v.). See Case No. 12,897.